No. 90–1387. SERBIAN EASTERN ORTHODOX DIOCESE FOR THE UNITED STATES AND CANADA ET AL. *v.* ST. SAVA MISSION CORP. Ct. App. Cal., 3d App. Dist. Certiorari denied. ■

No. 90–1404. SCOTT *v.* ESTATE OF BARNETT ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 90–1411. BIBBS ET AL. *v.* MATANUSKA-SUSITNA BOROUGH, INC., ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 90–1452. LEAR SIEGLER, INC. *v.* KIRBY. C. A. 8th Cir. Certiorari denied. ■

No. 90–1455. CITY OF BRIDGE CITY, TEXAS *v.* CITY OF PORT ARTHUR, TEXAS, ET AL. Ct. App. Tex., 9th Dist. Certiorari denied. ■

No. 90–1459. WRENN *v.* SECRETARY, DEPARTMENT OF VETERANS AFFAIRS, ET AL. C. A. 2d Cir. Certiorari denied. ■

No. 90–1481. SANCHEZ ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. ■

No. 90–1495. CAMERON ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ■

No. 90–5987. CARTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ■

No. 90–6471. VILLEGAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ■

No. 90–6508. TORRES-GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ■

No. 90–6559. AUSTIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ■

No. 90–6562. FEBLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ■

No. 90–6609. CRUZ-ROSARIO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. ■